No. 85–356. OMAN ET AL. *v.* H. K. PORTER CO. ET AL. C. A. 4th Cir. Motions of Blatt & Fales, Henderson & Goldberg, P. C.,

_____

Association of Trial Lawyers of America, and Asbestos Victims of America for leave to file briefs as *amici curiae* granted. Certiorari denied.